## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JAMES E. NIXON SR., | : | No. 190 EM 2016 |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PHILADELPHIA COUNTY CLERK OF COURTS AND OFFICE OF OPEN RECORDS, | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Petition for Review is **DENIED**.